Eastern District of Kentucky
**F I L E D**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

APR 1 1 2012

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                         INFORMATION NO. 6:12-CR-14-GFVT

**ALEXIS LEEANN JENKINS**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1201(a)(1)
### 18 U.S.C. § 2

On or about April 4, 2011 in Harlan and Letcher Counties, in the Eastern District of Kentucky,

**ALEXIS LEEANN JENKINS,**

aided and abetted by others, did willfully and unlawfully kidnap, abduct, seize, confine, inveigle, decoy, and carry away Kevin Pennington, and hold Pennington for the purpose of assault, and did use a means, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck, in committing and in furtherance of the commission of such offense, all in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

## COUNT 2
## 18 U.S.C. § 249(a)(2)
## 18 U.S.C. § 2

On or about April 4, 2011, in Harlan and Letcher Counties, in the Eastern District of Kentucky,

**ALEXIS LEEANN JENKINS,**

aided and abetted others in willfully causing bodily injury to Kevin Pennington because of Pennington's actual and perceived sexual orientation; the offense conduct, which included kidnaping, occurred during the course of and as the result of the travel of Pennington and the Defendant using a channel, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck; in connection with the offense conduct, the Defendant used a channel, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck, all in violation of 18 U.S.C. §§ 249(a)(2) and 2.

*[signature]*
KERRY B. HARVEY
UNITED STATES ATTORNEY

*[signature] for*
THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL

2

## **PENALTIES**

**COUNTS 1 & 2:** Any term of years imprisonment up to life imprisonment, $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.