UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
APR 11 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:12-CR-14-DI=VT

UNITED STATES OF AMERICA            PLAINTIFF

V.          **WAIVER OF INDICTMENT**

ALEXIS LEEANN JENKINS            DEFENDANT

\* \* \* \* \*

I, **ALEXIS LEEANN JENKINS**, being accused of one count of kidnaping in violation of 18 U.S.C. §1201(a)(1) and one count of committing an act of violence on another because of sexual orientation in violation of 18 U.S.C. § 249(a)(2) and being advised of the nature of these charges in the proposed Information and of my rights, waive in open court on 04/11/12 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

               _Alexis Jenkins_
               Alexis Leeann Jenkins
               Defendant

               _R. Michael Murphy_
               Robert Michael Murphy
               Attorney for Defendant

Before: _____
          JUDGE, UNITED STATES DISTRICT COURT