PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

*Eastern District of Kentucky*
**FILED**
AUG - 9 2019
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Alexis Leeann Jenkins           Case Number:   6:12-CR-14-GFVT-1

Name of Sentencing Judicial Officer:    Honorable Gregory F. Van Tatenhove, U.S. District Judge

Date of Original Sentence:   June 19, 2013

Original Offense:   18 U.S.C. § 1201(a)(1) and 18 U.S.C. § 2: Aided and Abetted, Kidnapping
18 U.S.C. § 249(a)(2) and 18 U.S.C. § 2: Aided and Abetted, Willfully Causing Bodily Injury Because of Actual or Perceived Sexual Orientation

Original Sentence:   Ninety Six Months on Counts One and Two, to be run concurrently, for a Total Term of Ninety Six Months imprisonment, with three years of supervised release to follow

Type of Supervision:   Supervised Release           Date Supervision Commenced:   March 1, 2019

Assistant U.S. Attorney:   Hydee R. Hawkins         Defense Attorney:   Robert Michael Murphy

---

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of a Controlled Substance |
| 2 | Commission of a Crime |
| 3 | Use of a Controlled Substance |
| 4 | Commission of a Crime |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

August 6, 2019
Page 2

RE: JENKINS, Alexis Leeann
    Dkt. # 6:12-CR-14-GFVT-1
    PROB 12C

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2019

*Matthew D. Armstrong*
Matthew D. Armstrong
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☑ The issuance of a summons.

☑ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☑ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

8/9/2019
_____
Date